**Electronically Filed**
**Supreme Court**
**SCOT-20-0000061**
**18-FEB-2020**
**02:43 PM**

SCOT-20-0000061

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NICHOLAS L. ABEL,
Plaintiff,

vs.

BARACK OBAMA; BILL CLINTON; HILLARY CLINTON; GINA HASPEL,
Defendants.

---

ORIGINAL PROCEEDING

ORDER

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon review of the document received by the appellate clerk's office from Nicholas L. Abel, which was filed as a complaint on February 6, 2020, it appears that we lack jurisdiction to consider the complaint. See HRS § 602-5. Therefore,

IT IS HEREBY ORDERED that the complaint is dismissed.

DATED: Honolulu, Hawaiʻi, February 18, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

